IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr120HTW-LRA

JIMMY LEE DEAN

ORDER OF DISMISSAL
COUNTS 2 and 4

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 and 4 of the Criminal Indictment against the defendant, JIMMY LEE DEAN, without prejudice.

DUNN LAMPTON
United States Attorney

Date: March 19, 2009          By:  s/ Erin O. Chalk
                                   Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 and 4.

ORDERED this the 6th day of April, 2009.

**s/ HENRY T. WINGATE**
_____
UNITED STATES CHIEF DISTRICT JUDGE